```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :       23cr227-1 (DLC)
              -v-                         :
                                          :          ORDER
SHERROD MURPHY,                           :
                                          :
                           Defendant.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to enter a change of plea on **October 4, 2023 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         October 2, 2023

_____
DENISE COTE
United States District Judge