```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :       ORDER
           - v. -               :
                                :       23 Cr. 227 (DLC)
SHERROD MURPHY,                 :
                                :
               Defendant.       :
                                :
------------------------------- x
```

DENISE COTE, District Judge:

The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant, SHERROD MURPHY, in the above-captioned proceeding for sentencing today. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the Marshals Service or the BOP may use such force as is reasonably necessary for the execution of the production to the courthouse.

SO ORDERED.

_____
HONORABLE DENISE COTE
United States District Judge

Dated:   New York, New York
         February 6, 2024